United States District Court
Southern District of Texas
**ENTERED**
September 25, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HAMIDA HEMANI, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-18-3927 |
| | § | |
| ALLSTATE INSURANCE CO., | § | |
| Defendant. | § | |

## ORDER

It is hereby **ORDERED** that Defendant's Unopposed Motion for Extension of Time [Doc. # 23] is **GRANTED**, and the deadline for Defendant to designate experts and provide expert reports is extended to **October 10, 2019**.

SIGNED at Houston, Texas, this 25th day of **September, 2019**.

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE