United States District Court
Southern District of Texas

**ENTERED**

January 21, 2020

David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

HAMIDA HEMANI,

     Plaintiff,

v.

ALLSTATE INSURANCE COMPANY,

     Defendant.

CASE NO. 4:18-cv-03927

**ORDER**

THIS CAUSE came before the Court on the Parties' Rule 41(a) Stipulation for Dismissal with Prejudice.

THE COURT has considered the Stipulation and being otherwise duly advised in the premises, it is hereby

ORDERED AND ADJUDGED that this case is dismissed with prejudice with each party to bear its own costs and attorneys' fees.

SIGNED at Houston, Texas, this 21st day of January, 2020.

Copies to All Counsel of Record.

NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE